■ In the Matter of CLIFTON GORDON, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [988 NYS2d 85]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Stein, McCarthy, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of the Claim of SEYMUR MAMMEDOV, Appellant. COMMISSIONER OF LABOR, Respondent. [988 NYS2d 85]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 15, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of KATHLEEN REGO, Appellant. ASSOCIATION OF SENIOR CITIZENS IN FRANKLIN COUNTY, INC., Respondent; COMMISSIONER OF LABOR, Respondent. [988 NYS2d 85]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 5, 2013, which, upon resettlement, ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.